**INVISTA NORTH AMERICA S.A.R.L., Plaintiff–Appellee,**

**and**

**Auriga Polymers Inc., Plaintiff– Appellee,**

**v.**

**M & G POLYMERS USA LLC and M & G USA Corporation, Defendants– Appellants.**

No. 2014–1432.

United States Court of Appeals, Federal Circuit.

Aug. 13, 2014.

Rehearing Denied Sept. 30, 2014.

Megan D. Dortenzo, Thompson Hine LLP, of Cleveland, OH, argued for defendants-appellants. With her on the brief was Arthur P. Licygiewicz. Of counsel on the brief were William P. Atkins and Christopher K. Dorsey, Pillsbury Winthrop Shaw Pittman LLP, of McLean, VA.

William J. Marsden, Jr., Fish & Richardson P.C., of Wilmington, DE, argued for plaintiffs-appellees. With him on the brief for Invista North America S.a.r.l. were Douglas E. McCann, Martina Tyreus Hufnal, Robert M. Oakes, and Michelle Nerozzi–Ankenbrand. On the brief for Auriga Polymers Inc. were John W. Shaw and Jeffrey T. Castellano, Shaw Keller LLP, of Wilmington, DE.

PROST, Chief Judge, NEWMAN and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**